Annie Fingerman
vs.
F. W. Woolworth Company
No. 70528.

March 8, 1929.

CAPOTOSTO, J. The plaintiff claims that on April 14, 1926, about 10:30 a. m., while a customer in defendant's store, she slipped upon a piece of waxed paper, was thrown to the floor and injured. The plaintiff testified that the paper in question was trampled upon and pieces of it were stuck to the floor. There was evidence that envelopes of a similar kind of paper and containing merchandise were displayed on a nearby counter. Certain statements claimed to have been made by a salesgirl who was not produced as a witness were excluded and the plaintiff's exceptions duly noted. It is not the province of this Court to review its own rulings. This phase of the case, therefore, must be left to a higher Court for determination.

The defendant denied liability by disclaiming any knowledge of any dangerous condition of the floor.

The case is a border line case. The Court gave the plaintiff the benefit of any doubt and submitted the issue to the jury, which returned a verdict for the defendant. The plaintiff's motion for another trial reflects the hope of every unsuccessful litigant.

Motion for new trial denied.

For plaintiff: Baker & Spicer, Walter I. Sundlun.

For defendant: Ralph T. Barnefield.